UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| The Topps Company, Inc. | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:16-cv-05954 (GBD)(KNF) |
| Koko's Confectionary & Novelty, a Division of A & A Global Industries, Inc. | ) |
| Defendant. | ) |

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: NOV 2 2 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 2 2019

## NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL OR IN REDACTED FORM

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Plaintiff The Topps Company, Inc. ("Topps") will, and hereby does, move this Court before the Honorable George B. Daniels, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be set by the Court, for an Order granting Topps' request to file the following documents under seal or in redacted form:

- Topps' Opposition to Koko's Motion for Summary Judgment of Noninfringement and Request for Summary Judgment of Infringement;

- Excerpts from the transcript of the September 25, 2018 deposition of Steven A. Kovens that are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the parties' stipulated October 30, 2017 Protective Order (Dkt. 53), Section 2, ¶ d;

- 1 -

- Excerpts from the transcript of the September 27, 2018 deposition of Ellen Kepner that are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the parties' stipulated October 30, 2017 Protective Order (Dkt. 53), Section 2, ¶ d;

- Documents produce by Defendant Koko's Confectionary & Novelty, a Division of A & A Global Industries, Inc. ("Koko's") in this case bearing Bates Numbers KAA000673 and KAA000915-20 that are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the parties' stipulated October 30, 2017 Protective Order (Dkt. 53), Section 2, ¶ d.

Topps respectfully requests that the Court seal the foregoing documents or allow the Topps to file redacted version of the documents on the public docket, with narrowly-tailored redactions that redact only confidential business operations and marketing information.

Dated: November 21, 2019

*The Topps Company, Inc.*

By its Attorneys,
**KING & SPALDING LLP**

By: /s/ Steven J. Rizzi
Steven J. Rizzi (SR-9141)
1185 Ave. of the Americas,
New York, NY 10036
212-556-2269