UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TOPPS COMPANY, INC.,

                Plaintiff,                          16 **CIVIL** 5954 (GBD)

      -against-                            **JUDGMENT**

KOKO'S CONFECTIONARY & NOVELTY, a
Division of A & A Global Industries, Inc.,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 27, 2020, Defendant's motion for summary judgment, (ECF No.186), is granted; Plaintiff's motion for summary judgment, (ECF No.197), is denied.

**Dated:** New York, New York
         August 28, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                  **Clerk of Court**
                          **BY:**
                                                  **Deputy Clerk**